IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHZAIDA CINTRON CRUZ,<br>　　　　　　　　　Plaintiff, | :<br>:<br>: | |
| v. | : | Civil No. 2:24-cv-03993-JMG |
| COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　　　　　Defendant. | :<br>:<br>: | |

**ORDER**

**AND NOW,** this 16th day of July, 2025, upon consideration of Plaintiff's Request for Review (ECF No. 9), Defendant's Response to Plaintiff's Request for Review (ECF No. 14), and Plaintiff's Reply in Support of Plaintiff's Request for Review (ECF No. 15), **IT IS HEREBY ORDERED** that the Motion (ECF No. 9) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge